cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED, ) | Civil No.06cv660 B(AJB) |
| ) | |
| Plaintiff, ) | |
| v. ) | Order Denying Request to Stay Court's |
| ) | Prior Order on Motion to Compel |
| BROADCOM CORPORATION ) | Deposition Testimony |
| ) | |
| Defendants. ) | |
| And related counterclaims. ) | |
| ) | |

The parties contacted the Court to arrange a conference call, which took place at 1:00 p.m. on February 9, 2007, to discuss Broadcom's refusal to provide dates for the depositions as required by this Court's Order of February 6, 2007, Docket No. 288. Broadcom informed the Court that it plans to file an ex parte application appealing the ruling with the district judge and has therefore refused to provide dates to Qualcomm for the depositions pending resolution of the appeal. The Court informed Broadcom that it would not automatically stay the Order pending resolution of the ex parte application by the

1  district judge.[1] Instead, the Court instructed Broadcom to seeking a stay of the Order directly with the
2  district judge in conjunction with the ex parte application.
3       In light of Broadcom's impending ex parte application, the Court granted the parties' request to
4  extend the deadline for completion of the depositions covered by the February 6, 2007 Order from
5  February 21, 2007 until February 28, 2007.
6       IT IS SO ORDERED.

8  DATED: February 9, 2007

                                                     Hon. Anthony J. Battaglia
                                                     U.S. Magistrate Judge
                                                     United States District Court

---

[1] The fact discovery cut-off set by the Court in this case is February 28, 2007. Any stay of the Order directing the depositions to go forward would, in all likelihood, require extension of the dates set by the Court in this case. At this late date, any change in the schedule that would compromise the dates before Judge Brewster should be considered by him in the first instance.

     During the conference call, the parties informed the Court that they had informally agreed to conduct certain depositions in March, after the fact discovery cut-off set by the Court. The Court takes this opportunity to remind the parties that the Court is not bound by any extensions agreed to by the parties without prior leave of Court.