cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, | ) | Civil No.06cv660 B(AJB) |
| Plaintiff, | ) ) | |
| v. | ) ) | Order Denying Remanded Motion for Letters Rogatory |
| BROADCOM CORPORATION | ) ) | [Doc. Nos. 294] |
| Defendants. | ) ) | |
| And related counterclaims. | ) ) | |

In light of the parties Joint Motion to Withdraw All Remaining Claims and Counterclaims in this action [Docket Nos. 374] Broadcom's Motion for Reconsideration of Order on Motion for Issuance of Letters Rogatory [Docket Nos. 294] , which was remanded, is hereby DENIED AS MOOT AND WITHOUT PREJUDICE in light of the apparent settlement reached in this case.

IT IS SO ORDERED.

DATED: March 16, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court