FILED

2007 MAR 27  AM 8:30

CLERK US ...
SOUTHERN DISTRICT OF CALIFORNIA

BY ___RM___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>Defendant.<br>BROADCOM CORPORATION,<br><br>Counterclaimant,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Counterdefendant. | Cv No. 06 cv 0660 B (AJB)<br><br>**ORDER GRANTING<br>JOINT MOTION TO DISMISS ACTION**<br><br>Judge:   Honorable Rudi M. Brewster |

DLA PIPER US LLP
SAN DIEGO

06 CV 0660 B (AJB)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and 41(c), defendant and counterclaim plaintiff Broadcom Corporation ("Broadcom") and plaintiff and counterclaim defendant Qualcomm Incorporated ("Qualcomm") have jointly moved to dismiss with prejudice all of the claims and counterclaims arising from alleged misappropriation of trade secrets. The parties have jointly moved to dismiss without prejudice all other remaining claims and counterclaims in this action. Each party is to bear its own costs and fees. The motion is GRANTED.

IT IS SO ORDERED.

Dated: 3-26-07

Hon. Rudi M. Brewster
United States District Court Judge